

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-18-00160-CR**

Guillermo Rodriguez          §     From the 432nd District Court

                             §     of Tarrant County (1457902D)

v.                           §     June 28, 2018

                             §     Opinion by Chief Justice Sudderth

The State of Texas           §     (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth